# UNITED STATES DISTRICT COURT
for the

_____ District of __Utah_____

____Central_____ Division

FILED
2022 MAR 2 AM 9:20
CLERK
U.S. DISTRICT COURT

RECEIVED US Dist Court-UT
FEB 25 '22 PM04:21

Dana Michelle Zampedri

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Federal Bureau of Investigation,
DEA,
Layton City Police Dept.
Clinton City Police Dept.
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes  ☑ No

Case: 1:22-cv-00031
Assigned To : Pead, Dustin B.
Assign. Date : 2/25/2022
Description: Zampedri v Federal
Bureau of Investigation et al

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dana Michelle Zampedri |
| Address | 1258 W 725 N |
| | Clinton, UT 84015 |
| | *City / State / Zip Code* |
| County | Davis |
| Telephone Number | 385-280-7832 |
| E-Mail Address | Diamonddz268@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title *(if known)* | Agent |
| Address | 5425 W. Amelia Earhart Dr. |
| | Salt Lake city, UT 84116 |
| | *City / State / Zip Code* |
| County | Salt Lake |
| Telephone Number | 801-579-1400 |
| E-Mail Address *(if known)* | N/A |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Drug Enforcement Agency |
| Job or Title *(if known)* | Agent |
| Address | 348 E. South Temple |
| | Salt Lake City, UT 84111 |
| | *City / State / Zip Code* |
| County | Salt Lake |
| Telephone Number | 801-524-4156 |
| E-Mail Address *(if known)* | N/A |

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
　Name: Layton Police Department
　Job or Title (if known): Police officer's
　Address: 429 N. Wasatch Dr.
　　Layton, UT 84041
　　City / State / Zip Code
　County: Davis
　Telephone Number: 801-497-8300
　E-Mail Address (if known): N/A

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
　Name: Clinton Police Department
　Job or Title (if known): Police officer's
　Address: 2209 N. 1500 W.
　　Clinton, UT 84015
　　City / State / Zip Code
　County: Davis
　Telephone Number: 801-614-0800
　E-Mail Address (if known): N/A

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

　☑ Federal officials (a *Bivens* claim)

　☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
　Title 18, U.S.C. § Section 241-Conspiracy against rights.
　Title 18, U.S.C. § Section 242-Deprivation of rights under color of law.
　Title 18, U.S.C. § Section 249-Hate Crimes Prevention Act.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

**Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)**

Amendment V, Amendment VI, Amendment VIII, Amendment XIV-Section 1. Cruel and Unusual Punishment. Invading Privacy and Body.

---

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The police officers acted under the color of law of Section 1983 unlawfully by way of conspiring and knowingly took part in allowing my Eye Surgeon to place surveillance devices in my body, without consent. Tried deterring me from making any claim when I wrote to them. Clinton Officer Knudsen lied to me and guaranteed me that nobody including other officials could hear me speaking, or see what I was looking at within the privacy of my home.... including my bedroom and bathroom. They have been secretively surveying me for almost 4 years, knowing they were illegally profiling me, depriving me of my rights. The police continue to profile me under section 1983, without ever speaking to me or accusing me of any wrongdoing. Therefore, I also was unable to seek help or feel safe and protected from anyone else involved, especially the police. They haven't tried investigating Dr. Mark L. Hill, of Insight, nor Lisa Stephens, Physician Assistant of Ogden Clinic/Davis Family or arrested anyone involved, in which I notified the authorities by way of letter, due to Covid-19. Basically, they have taken my complaints and concerns as if I'm mentally insane and brushed them under the rug. Therefore, justice has not been served, and the devices are still in my body. And the police know that more bodily harm can take place, in which they also have control over my body. I fear retaliation every day, since the most recent event with the electronic device inside my body was obviously activated and the police are able to monitor the damages it causes to a human, but allowed it to continue until I couldn't take the pain in my feet and calf muscles anymore and found myself buying opiates from the streets, and ended up with no pulse, no respirations for over 3+ minutes. The street drug ended up being fentanyl and killed me. Again, I feel the police knew everything that was happening to me, by surveillance, yet continue to allow this device to run within my body, therefore acting unlawfully towards me in many ways.

**III. Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    **A. Where did the events giving rise to your claim(s) occur?**
    Univ of Utah Neuroscience Dr. Onofrei; Said she was checking my muscles for Muscular Dystrophy, but my family Dr. Stated he wanted me checked for neuropathy, but I had been tested prior, so I didn't understand what he meant. I believe with my medical background, the Official's instructed each physician to con me into believing them. So, next would-be Davis

Surgical Center January-March 2018. Where Dr. Mark L. Hill was supposed to be doing simple cataract surgeries, without being put completely out under anesthesia. He was supposed to numb my eye locally. April 2018-present day. The law officials have been watching and listening to my every word spoken, due to evidentially electronic surveillance devices placed in my body without my knowledge or consent for 4 years in January 2022 in my own home, and everywhere I go.

B. **What date and approximate time did the events giving rise to your claim(s) occur?**

After carefully researching the past Drs. visit's and noticing I wasn't being treated properly even by the Univ of Utah's Neuroscience Dr Onofrei in 2017. That the FBI, DEA, and local police obviously had conspired with my Drs. in December 2017. For my Eye Surgeon said I needed Emergency Cataract Surgeries in both eyes and how he was replacing my lenses with new "High Tech" lenses pro-bono...I went in Late January 2018 and March 2018, at Davis Surgical Center. I walked in and out of both surgeries like any normal person without any problems until 2 weeks after the 2nd surgery and that's when everything in my life would change drastically.  So, April 2018-July 2018 First episode ongoing surveillance n listening to everything I speak about. Then, June1-9, 2021 next episode happened in my home...in which now I knew 100% for sure I was being tortured purposely, only this time I ended up waking up with A Davis County Sheriff giving me chest compressions and administered Narcan? Evidently, I had no pulse, or respirations for over 3+ minutes per my children. The device in my body had been activated once again, in which blasts electrical impulses into my nerve endings of my heels of both feet and up halfway of my calf muscles and back down. The police apparently responded within 4 minutes, and tried putting in my head that I tried to commit suicide, which was absolutely not what happened and I cried out to the officer's and I screamed it's because something's burning holes into my feet. January to present day. 24/7 365 days x 4 years.

C. **What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)**

The defendant's and Dr. Mark L. Hill of Insight Eye Center, Ogden Clinics/Davis Family Physician's Dr. Roark B Neville and his Physician's Assistant Lisa Stephens conspired with the Davis County DA to con me into believing I needed double Cataract's Surgeries in order for them to be able to place the surveillance device or devices into my body without my consent or knowledge. Prior to each Surgery, I could walk both in and out of Davis Surgical Center without any noticeable problems. Until April 2018, in my home, I suddenly could feel electrical impulse's running up my calf muscles, down into my heels of each foot, with the impulses intensifying more with every minute to 3 minutes that they would take place. (Felt like a medical device called a "Ten's Unit.") After a couple of weeks of this horrific burning, and electrical zapping feeling's kept taking place, I tried seeking medical attention from McKay Dee ER, and to my surprise, not one nurse, or Security officer tried offering me help, or a wheelchair as I hobbled inside. Being very skeptical at this point, because I am very well educated in the medical field, I didn't know what to suggest was happening for fear a Dr. would have me committed for acting mentally insane. So, as I gave my explanation, I noticed the Nurses and the Dr. Never took the wraps I had placed over the huge blisters on both heals nor

did they order any blood tests to check for infection or something. Did nothing and sent me home. So, 2 more weeks of this torturing pain and I saw Lisa Stephens PA at Ogden Clinic and she suggested it was Cellulitis, and referred me to Dr. Gretchen Crison, who also seemed to be acting oddly with me, and did nothing for my feet neither. Every day, I knew something was happening that was not normal process of disease, or infections and such, and so I took a picture to exam my right foot in which I found pinhole exit wounds were electrical impulses exited and fried both my heals and had blisters about 1 inch thick, yet nobody cared to exam my findings? Finally, after not being able to walk properly, or get this to stop I was hyper ventilating, thrashing my body around and blacked out 2x from the intensity of the pain, I screamed out loud anything that I thought would stop this madness. I screamed, "Whoever you are, please stop hurting me...I promise I'll stop using street drugs, selling or buying anything ever again!" The impulses immediately stopped and that is when I knew somebody was out to punish me. I am a recovering drug addict for approximately 6 years, and believe the woman Whom thought was my best friend was trying to frame me, entrapped me, and have me feel the punishment she had recently went through from the State of Utah catching her with drugs in her vehicle and driving under the influence with her child and hitting a bishop with her car. Needless to say, I'm very embarrassed about my use of drugs, but have never done anything that Mandy F. Martinez told police and my Dr. She told slanderous lies n showed pics of me that she edited, therefore everyone involved judged me and had me silently prosecuted without ever having any police officer, or detective accuse me of any crime. Instead, I believe they believed this con artist story and set me up to be physically, mentally, psychologically, and emotionally punished and therefore placed surveillance devices inside my body because they thought they would be unlawful and catch me. The facts are that I was made out to be somebody I'm not, and Mandy placed blame onto me, making me into her decoy, since she was whom, I bought my drugs from prior to her accident. So, she could have her hustle again. I saw everything unfolding right in front of my eyes. I saw under cover officer's; I had a manager of a gas station suddenly stall me after he told me he went to Eastern Washington Univ. The exact same college I had a full ride NCAA scholarship at? No, the word was being spread on the streets that I was a Drug Dealer, or something to that effect, and local merchants had been told by the police whom to look out for. But mind you, this whole time I had no idea there was any abnormal type devices inside of my body, because even the hospitals covered up the findings in my face. Dr. Juan Fuentes dictated my Ears, Sinuses n such were clear and normal, but in fact they are not. I was told my sinuses looked like I had Face Cancer, and the device is in my right ear is now blown. It sounds like a stereo speaker or mic that has broken. It causes my speech to sound delayed and sounds like a kazoo at certain octaves. I went to my Family Dr. At Ogden Clinic. Dr. Roark Neville's office and asked him to tell me what was going on, I showed him some evidence that showed my phones were being surveillanced that the Dr. Was the informant. He just chuckled, and blamed my mental disability for everything I found. But you see, I have Bi-polar depression with Anxiety disorder, and agoraphobia, but my mental health has a paper trail of 25+ years n not once have I ever been diagnosed as insane, mentally incompetent. So, again, more evidence just piles onto my brain as I research everything. Finally, I thought everything would stop happening and I tried contacting Dr. Mark L. Hill, but instead of him reaching out to console me with my concerns of him putting surveillance devices in my body, he has me cease n desisted. He truly acted very selfishly, leaving me still; ' til this day with the devices in my body and nobody to trust to remove the evidence without them destroying the devices to cover for the police, FBI,

DEA, and Drs. involved. I do know 100% that a device is in my right ear and I have a witness whom states the lenses in my eyes are not Toric IOL Lenses, but High Tech Contacts that have cameras, antennas, data chip, and solar panels embedded inside of them and this is how the FBI, DEA, DA, Police, and Drs. all can see what I'm doing, when I'm taking a shower, using the potty, sex, getting naked, etc....I feel like I'm being raped by all these people who are watching me through new technology and they monitor everything I say. So, I have no chance of getting help or the devices removed prior to coming to court. I'm very frightened, and mentally exhausted. My 3 children, DJ and Katie Zampedri and Skyler Hanson all saw what has happened to me, and what was done to me has physically crippled me for life 100%. And I've also noticed very limited healthcare treatment from any or all the Drs. I've been to, with no preventive treatment, lab work, mammogram reminders, nothing. The State of Utah obviously believed the lies and unlawfully tortured n punished me without even being accused or charged with any crimes? My mother, Joann Y. Kennedy, also saw what was happening but was baffled herself. Lisa Stephens PA for Dr. Neville is apparently the mastermind behind this program to hurt n cripple me for life. Per my witness.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My apologies, I put most of my injuries on the prior explanation. I did sustain permanent nerve and muscle damages and am unable to walk very well. In fact, I had Home Health Care in my home for almost a year trying to help research me to walk properly. I use a cane and a walker at times for balance and stability. I cannot walk up any stairs unless it's one step then both feet on that step, then take the next step bring both feet onto it. Etc. I cannot wear any nice shoes, my feet are deforming from the circumstances and right foot is locked up. I cannot hear very well out of my ears, and sounds like I'm under water shouting loudly to others. My eyesight is worse off then prior to any eye surgeries, in which I do not believe was performed. I have night blindness, see halo's, my peripheral vision is terrible and I don't dare have them checked in Utah do to everyone trying to cover up this conspiracy. I feel as if I have been judged, discriminated against because I admitted to using drugs on and off for 6 years and because someone broke the hippa law and others no I have a mental disability, but part of their plan in hurting me was to make me look like I'm insane. In which I am not! I have tried getting treatment from all my ailments, but sadly I've been red flag by the DEA and the Police profiling Me, hasn't stopped so I am emotionally distraught, confused, and have insomnia and high blood pressure but again feel like nobody wants to give me the treatment I require. New onset of PTSD. Emotionally drained but aiming to strive for success with my recovery and learning life as completely disabled for life, and never be able to work a job again.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like to ask the courts to do what's right for other people whom may have been victims of circumstances and are suffering and afraid to come forward. You really can't put monetary value on one's life, but in this instance, I believe that will be justified for my injuries and suffering. So, I'm asking for $48 million dollar's be awarded to me and paid as soon as the law requires the monies be paid.
I've been through so much in 48 months I'm basing my damages claims at $12 million per law enforcement agency. $3 million per year x4 years =$12 million x 4 Law Enforcement Agency's = $48 MILLION DOLLARS.

I'd also like the court's to order the device's be removed by a surgeon that has no information about my circumstances involving these agencies and the Dr.s and PA involvement as well, in fear of retaliation while in surgery. I'm very fearful now and trust no one in providing medical care. I fear that I will be murdered, and it made to look like a accidental death, or suicide.

Possible relocation to another state, but without anyone of these agencies or Dr.s knowing our whereabouts, because of the simple facts that I came forward and took a stand for the injustice and inhumane torture I've been through, your honor.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/24/2022

Signature of Plaintiff: Dana Michelle Zampedri

Printed Name of Plaintiff: Dana Michelle Zampedri

### B. For Attorneys

Date of signing: 02/24/2022

Signature of Attorney: N/A

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code

Telephone Number:

E-mail Address:

Page 6 of 6